## <u>INDEX OF ATTACHED EXHIBITS</u>

| DESCRIPTION OF EXHIBIT | EXHIBIT |
|---|---|
| Examples of Aviva's Trade Dress from Aviva USA's website at www.avivausa.com | EXHIBIT A |
| Screenshots of Defendants' Website available at www.aviva-uncovered.com | EXHIBIT B |
| Screenshots of Defendants' Previous Website that was available at insideaviva.com and avivauncovered.com | EXHIBIT C |

# EXHIBIT A





# EXHIBIT B

Aviva Exposed

# AVIVA Uncovered
### The Sad Truth About Aviva's Business Practices

Search

**INTRO TO ISSUES**

**ANIL'S CASE**

**THE ILLINOIS COMPLAINT AGAINST MARK HEITZ**

**AVIVA'S CLASS ACTION SETTLEMENT**

**NEWSROOM**

**TELL US YOUR STORY ABOUT AVIVA**



**Anil Vazirani**

Anil Vazirani is by any measure one of the most successful financial advisers in America. A "Top of the Table" member in the prestigious Million Dollar Round Table, he was a 2004 Hall of Fame Inductee into the Society of Senior Market Professionals, and has been featured and interviewed in leading industry publications. Anil has been a member of the National Association of Insurance and Financial Advisors for nearly two decades.

This website is meant to warn the public about the business practices of some of Aviva's top U.S. executives. Anil has sued Mark Heitz, an executive vice president in charge of the company's U.S. sales and distribution, and his former deputy Jordan Canfield, accusing them of conspiring to destroy his lucrative book of business so they could steer it to a distribution partner that is owned by some of their fellow fraternity brothers from Washburn University.

It's hard to believe that a subsidiary of one of the world's largest insurance companies would seek to redirect the business of one of their biggest producers, but once you learn a little more about the issues and become aware of some of Aviva's questionable business activities, the credibility of these allegations will become readily apparent.

Quite a few feathers have been ruffled in the industry as Anil has sought to correct activities that also are very much a concern of the SEC. Insurance sales people are strictly prohibited from dispensing investment advice unless they have the necessary certification. Yet the practice is fairly widespread. Aviva has been made aware of several instances where insurance sales people have given investment advice without an investment license and that has made Anil quite unpopular in the industry. Litigation has revealed an email from Michael Tripses, a senior executive at Aviva's marketing arm, saying Anil should be "terminated." Tripses is also the chairman of the NAFA, an influential insurance industry trade group. NAFA needs to investigate this matter further.

Anil has also claimed to be a victim of racism. An immigrant from Bombay, India he is not a part of the "old boys club" network. Virtually all the people who have greatly benefited from the damage Aviva has caused are graduates from Washburn University and were members of the college fraternity Sigma Pi Epsilon. The NAACP is looking into Anil's allegations. Ironically, one of Sigma Pi's "Cardinal Principals" is "Brotherly Love."

**AVIVA** Uncovered   The Sad Truth About Aviva's Business Practices

Search

INTRO TO ISSUES

ANIL'S CASE

ANIL'S LEGAL FILINGS &
SUPPORTING EMAILS

THE WASHBURN
UNIVERSITY/SIGMA PI EPSILON
CONNECTION

THE ILLINOIS COMPLAINT
AGAINST MARK HEITZ

AVIVA'S CLASS ACTION
SETTLEMENT

NEWSROOM

TELL US YOUR STORY ABOUT
AVIVA

# Anil's Case Against Aviva

For many years Aviva's products were among those Anil used to build diversified portfolios for his clients, and it was a mutually beneficial relationship. Anil underwrote Aviva's products and was one of the company's biggest producers. But then something inexplicably happened.

On November 6, 2008, Aviva executive Jordan Canfield notified Anil that the company intended to terminate his contract at the end of January 2009. Anil later received a formal letter from Aviva's counsel that his contract would be terminated effective January 30th 2009.  Despite Anil's repeated good faith efforts through January 2009 to reason with Aviva, the Company carried out its threat and terminated his contract on that date.  Canfield first said it was due to concern about his business practices, but in subsequence correspondence Aviva said they weren't required to provide an explanation. Disparaging Anil for his business practices is a very slippery slope, as there has never been a regulatory fine or judgment leveled against him. A recording of Anil's conversation with Canfield can be found below.

Audio clip: Adobe Flash Player (version 9 or above) is required to play this audio clip. Download the latest version here. You also need to have JavaScript enabled in your browser.

Anil was incredulous that the world's fifth largest insurance company would terminate one of its biggest producers without an explanation. Anil retained lawyers to look into the matter and through litigation obtained some rather disturbing e-mail correspondence. He alleges that those e-mails demonstrate that a key motivation for Aviva's January 30, 2009 termination of Anil's contract was the desire of Mark Heitz, Aviva's executive vice president in charge of the company's U.S. sales and distribution, and his deputy Canfield to hurt a fast growing, minority-owned business and to help Advisors Excel, a Topeka, KS insurance sales and marketing company owned by their Sigma Pi Epsilon fraternity brothers.

**AVIVA** Uncovered  The Sad Truth About Aviva's Business Practices

🔍 Search

INTRO TO ISSUES

ANIL'S CASE

THE ILLINOIS COMPLAINT
AGAINST MARK HEITZ

AVIVA'S CLASS ACTION
SETTLEMENT

NEWSROOM

TELL US YOUR STORY ABOUT
AVIVA

# The Illinois Complaint
# Against Mark Heitz

Mark Heitz is the former President and CEO of American Investors Life and Director of Senior Benefit Services (Aviva acquired American Investors in 2006).

Here is a link to a news release issued by the Illinois Attorney General announcing the complaint the agency filed against American Investors and Heitz alleging deceptive marketing practices.

The complaint can be found here.

AVIVA Uncovered  The Sad Truth About Aviva's Business Practices

🔍 Search

**INTRO TO ISSUES**

**ANIL'S CASE**

**THE ILLINOIS COMPLAINT AGAINST MARK HEITZ**

**AVIVA'S CLASS ACTION SETTLEMENT**

**COMPLAINT IMPLICATING AVIVA IN A PONZI SCHEME**

**NEWSROOM**

**TELL US YOUR STORY ABOUT AVIVA**

# Aviva's Class Action Settlement

Here is the class action complaint filed against Aviva for deceptively marketing to elders.

**AVIVA** Uncovered  The Sad Truth About Aviva's Business Practices

Search

INTRO TO ISSUES

ANIL'S CASE

THE ILLINOIS COMPLAINT
AGAINST MARK HEITZ

AVIVA'S CLASS ACTION
SETTLEMENT

NEWSROOM

TELL US YOUR STORY ABOUT
AVIVA

# Newsroom

Updated Monday, Feb 21st, 2011

The NAACP letter to Aviva.

**AVIVA** Uncovered  The Sad Truth About Aviva's Business Practices

Search

INTRO TO ISSUES

ANIL'S CASE

THE ILLINOIS COMPLAINT
AGAINST MARK HEITZ

AVIVA'S CLASS ACTION
SETTLEMENT

NEWSROOM

TELL US YOUR STORY ABOUT
AVIVA

# Tell us your story about Aviva

Your Name (required)

Your Email (required)

Subject

Your Message

Send

**AVIVA** Uncovered  The Sad Truth About Aviva's Business Practices

Search

INTRO TO ISSUES

ANIL'S CASE

ANIL'S LEGAL FILINGS &
SUPPORTING EMAILS

THE WASHBURN
UNIVERSITY/SIGMA PI EPSILON
CONNECTION

THE ILLINOIS COMPLAINT
AGAINST MARK HEITZ

AVIVA'S CLASS ACTION
SETTLEMENT

NEWSROOM

TELL US YOUR STORY ABOUT
AVIVA

# Anil's Legal Filings & Supporting Emails

The various complaints against Heitz, Canfield, Advisors Excel can be found here and here.

Here are some emails that show the ongoing dialogue and disparagement of Anil by persons named in the litigation, as well a simple email that gets right to the point.

# AVIVA Uncovered    The Sad Truth About Aviva's Business Practices

🔍 Search

INTRO TO ISSUES

ANIL'S CASE

ANIL'S LEGAL FILINGS &
SUPPORTING EMAILS

THE WASHBURN
UNIVERSITY/SIGMA PI EPSILON
CONNECTION

THE ILLINOIS COMPLAINT
AGAINST MARK HEITZ

AVIVA'S CLASS ACTION
SETTLEMENT

NEWSROOM

TELL US YOUR STORY ABOUT
AVIVA

# The Washburn University/Sigma Pi Epsilon Connection

Advisor Excel's strong bonds to Heitz and Canfield are irrefutable: The Company's founders – David Callanan, Cody Foster, and Derek Thompson – belonged to the Washburn University Chapter of Sigma Pi Epsilon, as did Heitz. Canfield was a former a former all-conference point guard on Washburn's basketball team and later served as the school's athletics director for development. He has since left Aviva and now runs a business out of Advisor Excel's Topeka office, which incidentally was located next to Aviva's headquarters when the company was based in Kansas.

Also figuring prominently in the litigation is Ronald Shurts, who oversees a Scottsdale, AZ company that exclusively sells Aviva products. Mr. Shurts' company is in a building literally a stone's throw away from Anil's.

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY

THE PEOPLE OF THE STATE OF ILLINOIS,    )
                                        )
                        Plaintiff,      )
                                        )
            -vs-                        )
                                        )
SENIOR BENEFIT SERVICES OF KANSAS, INC.,)
a Kansas foreign corporation not authorized to transact )
business in Illinois;                   )
                                        )
AMERICAN INVESTORS LIFE INSURANCE CO., INC.,)
A Kansas Corporation; and              )
                                        )
MARK V. HEITZ, individually and as President )
and CEO of American Investors Life Insurance Co. Inc., and )
Director of Senior Benefit Services of Kansas, Inc.; )
                                        )
                        Defendants.     )



2006CH       520

NO.  **FILED**

AUG 2 5 2006   CIV.-3

Clerk of the
Circuit Court

## COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF

NOW COMES the plaintiff, THE PEOPLE OF THE STATE OF ILLINOIS, by LISA MADIGAN,

Attorney General of the State of Illinois, and brings this action complaining of defendants, SENIOR

BENEFIT SERVICES OF KANSAS, INC., a Kansas foreign corporation not authorized to transact business

in Illinois, AMERICAN INVESTORS LIFE INSURANCE CO., INC., a Kansas Corporation, and MARK V.

HETIZ, individually and as President and CEO of American Investors Life Insurance Co. Inc., and Director

of Senior Benefit Services of Kansas Inc., and states as follows:

### JURISDICTION AND VENUE

1.     This action is brought for and on behalf of THE PEOPLE OF THE STATE OF ILLINOIS,

by LISA MADIGAN, Attorney General of the State of Illinois, pursuant to the provisions of the Consumer

Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.), and her common law authority as

Attorney General to represent the People of the State of Illinois.

2.     Venue for this action properly lies in Sangamon County, Illinois, pursuant to section 2-101

of the Illinois Code of Civil Procedure (735 ILCS 5/2-101), in that all defendants, SENIOR BENEFIT

-1-

Complaint Implicating Aviva in a Ponzi Scheme | Aviva Exposed

**AVIVA** Uncovered  The Sad Truth About Aviva's Business Practices

Search

INTRO TO ISSUES

ANIL'S CASE

THE ILLINOIS COMPLAINT
AGAINST MARK HEITZ

AVIVA'S CLASS ACTION
SETTLEMENT

COMPLAINT IMPLICATING AVIVA
IN A PONZI SCHEME

NEWSROOM

TELL US YOUR STORY ABOUT
AVIVA

# Complaint Implicating
# Aviva in a Ponzi Scheme

Here is one of the complaints filed by Attorneys Against Abuse of Elders implicating Aviva in a Ponzi scheme perpetuated by Lawrence (Larry) Loomis. Some of the deceptive marketing practices alleged in the complaint are similar to those cited by the Illinois Attorney General and a class action lawsuit.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD M. and DENA F. STEIN, MARY LYNCH, CHARLOTTE and BERYL PRICE, JOSEPH HEALY, GEORGE J. MILLER, EDWARD A. and GLORIA A. INFERRERA, JEAN RYLES, and EVELYN K. EDWARDS, individually and on behalf of all others similarly situated, | : : : : : : : : : : | MDL DOCKET NO. 2:05-md-01712-MAM |
| Plaintiffs, | | |
| v. | : : : | **JURY TRIAL DEMANDED** |
| AMERUS GROUP COMPANY, AMERUS ANNUITY GROUP COMPANY, AMERICAN INVESTORS LIFE INSURANCE COMPANY, INC., CREATIVE MARKETING INTERNATIONAL CORPORATION and INSURANCE AGENCY MARKETING SERVICES, INC., | : : : : : : : : | |
| Defendants. | : | |

## CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Plaintiffs, Richard M. and Dena F. Stein, Mary Lynch, Charlotte and Beryl F. Price, Joseph Healy, George J. Miller, Edward A. and Gloria A. Inferrera, Jean Ryles and Evelyn K. Edwards, individually and on behalf of and as representative of the putative class of all similarly situated persons, by way of their Consolidated and Amended Class Action Complaint against defendants AmerUs Group Company ("AMH"), AmerUs Annuity Group Company ("AAG"), American Investors Life Insurance Company ("AILIC"), Creative Marketing International Corporation ("Creative Marketing" or "CMIC") Insurance Agency Marketing Services, Inc.("IAMS") (collectively "AmerUS" or the "Insurance Company Group" or "Insurance Company Defendants" or "Annuity Group"), bring this case to remedy, and put a stop to, defendants' operation of a scheme by which they sell unsuitable deferred annuities to certain senior citizens.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANIL VAZIRANI, an individual,                )
SECURED FINANCIAL SOLUTIONS, LLC,            )
an Arizona limited liability company,        )
                                             )
                          Plaintiffs,        )
                                             )
        vs.                                  )        Civil Action No. 09-1311-MLB-KGG
                                             )
MARK V. HEITZ, an individual, AND            )
JORDON CANFIELD, an individual,              )
                                             )
                          Defendants.        )
_____)

## AMENDED COMPLAINT

For their Complaint against Defendants Mark V. Heitz ("Heitz") and Jordon Canfield ("Canfield"), Plaintiffs Anil Vazirani and Secured Financial Solutions, LLC (collectively "Plaintiffs"), allege and state as follows:

## I.
## PARTIES, JURISDICTION AND VENUE

1.    At all times relevant hereto, Plaintiff Anil Vazirani was and is a resident of Maricopa County, Arizona.

2.    At all times relevant hereto, Plaintiff Secured Financial Solutions Services, LLC ("SFS") was and is a duly formed Arizona limited liability company authorized to do business and doing business in Maricopa County, Arizona.  Anil Vazirani is the Manager of SFS.

3.    Heitz is the Vice President of Sales Distribution of Aviva USA and is a resident of Topeka, Kansas.  He may be served with process at 206 SW Yorkshire Road, Topeka, Kansas 66606-2283.

COPY

NOV 0 6 2009

MICHAEL K. JEANES, CLERK
DEPUTY CLERK

David G. Bray (#014346)
Timothy J. Thomason (#009869)
Todd A. Baxter (#024660)
**MARISCAL, WEEKS, McINTYRE
 & FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100

Attorneys for plaintiffs Anil Vazirani and Secured Financial Solutions, LLC

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ANIL VAZIRANI, an individual, SECURED FINANCIAL SOLUTIONS, LLC, an Arizona limited liability company, | No. CV2009-010331 |
| Plaintiffs, | **SECOND AMENDED COMPLAINT** |
| v. | (Tortious Interference with Contract; Tortious Interference with Business Expectancies; Defamation *per se*; Trade Libel; Injurious Falsehood) |
| SHURWEST PRODUCT CONNECTION, LLC, an Arizona limited liability company, RONALD L. SHURTS, an individual, ADVISORS EXCEL, LLC, a Kansas limited liability company, CREATIVE MARKETING INTERNATIONAL CORPORATION, a Kansas corporation, | (Assigned to the Hon. Larry Grant) |
| Defendants. | |

For their Second Amended Complaint against defendants Shurwest Product Connection, LLC, Ronald L. Shurts, Advisors Excel, LLC, and Creative Marketing International Corporation (collectively, "Defendants"), plaintiffs Anil Vazirani and Secured Financial Solutions, LLC (collectively, "Plaintiffs") allege and state as follows:



1  **ATTORNEYS AGAINST ABUSE OF ELDERS**
Mark A. Redmond SBN161520(Ca.)
2  1819 K Street, Suite 200
Sacramento, California  95811
3  Telephone: (916) 444-8240; Facsimile: (916) 438-1820
Email: markalanredmond@yahoo.com
4
**MAJORS & FOX** LLP
5  Lawrence J. Salisbury SBN179748(Ca.)
Andrew M. Greene SBN167386(Ca.)
6  Jonathan L. Gerber SBN251219(Ca.)
401 West "A" Street, Suite 2350
7  San Diego, California 92101-7921
Telephone: (619) 234-1000; Facsimile: (619) 234-1011
8  Emails: lsalisbu@majorfox.com; fjfox@majorfox.com; jgerber@majorfox.com

Attorneys for Plaintiffs
9

FILED
Superior Court Of California,
Sacramento
08/19/2010
aodonnell
By_____, Deputy
Case Number:
34-2010-00085585

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                 FOR THE COUNTY OF SACRAMENTO

12  DEBBIE ELLIOTT,  STEPHEN GINN,          Case No.
DEBBIE GINN, EDWARD F. GUNZ, CHAD
13  NELSON, HEATHER NELSON, CAROL
PRATT, SIGFREDO S. SANTOS, KELLY
14  SCHROEDER, MICHELE SCHROEDER,          COMPLAINT FOR DAMAGES,
KIM WARNOCK, SHAWNA WARNOCK,             RESCISSION, RESTITUTION AND
15  JAMES R. WELLS, CHRISTINE M.            INJUNCTIVE RELIEF
WELLS, and RONALD A. YOUNG, JR.,
16  individuals,

17
                    Plaintiff,
18  v.

19  AVIVA LIFE AND ANNUITY COMPANY, a
foreign entity of unknown origin; LOOMIS
20  WEALTH SOLUTIONS, INC., an Illinois
corporation; LAWRENCE LELAND
21  LOOMIS, an individual; NATIONWIDE
LENDING GROUP, an entity of unknown
22  origin; and DOES 1 through 1000, inclusive,

23                  Defendants.

24

25         Plaintiffs DEBBIE ELLIOTT, STEPHEN GINN, DEBBIE GINN, EDWARD F.

26  GUNZ, CHAD NELSON, HEATHER NELSON, CAROL PRATT, SIGFREDO S.

27  SANTOS, KELLY SCHROEDER, MICHELE SCHROEDER, KIM WARNOCK,

28  SHAWNA WARNOCK, JAMES R. WELLS, CHRISTINE M. WELLS, and RONALD A.

**Department
Assignments**
Case Management 44
Law and Motion 53
Minors Compromise 38

HOME    MDRT FAQ's        [SEARCH]    [LOG OUT]

# MDRT
## The Premier Association of Financial Professionals ®

INCREASE TEXT    [A+]  [–A]

| ABOUT MDRT | MEMBERSHIP | MEETINGS | MDRT FOUNDATION | MDRTV | MDRT STORE | TOT | MEMBERS ONLY |

## About MDRT

About MDRT

Home  >  About Us

Print This Page      Email This Page

### About MDRT

The Million Dollar Round Table (MDRT), The Premier Association of Financial Professionals, is an internat onal, independent association of more than 31,500 members, or less than 1 percent, of the world's life insurance and financial services professionals from 464 companies in more than 80 nations and terr tories. MDRT members demonstrate exceptional professional knowledge, strict ethical conduct and outstanding client serv ce. MDRT membership is recognized internationally as the standard of sales excellence in the life insurance and financial services business.

### Mission

To be a valued, member-driven, international network of leading insurance and investment financial services professionals/advisors who serve their clients by exemplary performance and the highest standards of ethics, knowledge, service and productivity.

### History

In 1927, 32 extraordinary life insurance producers, each of whom had sold at least $1 million of life insurance, dreamed of a forum dedicated to fostering a high-standard, professional approach to life insurance sales and service. Founded on the belief that growth is a result of exchanging ideas, the concept was: "To receive, individuals must give."

Out of this dream emerged MDRT – an internat onal, independent association that represents the world's best sales professionals in the life insurance-based, financial services industry.

MDRT, a pos tive influence in the life insurance industry, has developed a r ch trad t on of sharing knowledge for the benefit of clients, prospects, producers and companies.

### Code of Ethics

MDRT members should be ever mindful that complete compliance with and observance of the Code of Ethics of the Million Dollar Round Table shall serve to promote the highest quality standards of membership. These standards will be beneficial to the public, and the insurance and financial services profess on.

### Strategic Plan

MDRT has a strategic plan that it follows when developing new programs and benefits for its members. The strategic plan contains nine goals and objectives to guide the organization in helping its members better serve their clients and learn from one another.

### Executive Committee

MDRT is governed and managed by a five-member Executive Committee duly elected each year by the MDRT membership.

### Court of the Table and Top of the Table

Court of the Table and Top of the Table serve as add t onal incentives for members to increase their levels of production. Court of the Table members must earn three times the MDRT base production requirement, and Top of the Table members must earn six times the base production requirement. Both Court of the Table and Top of the Table members can take advantage of additional member benefits provided exclusively to them.

### Annual Meeting

The MDRT Annual Meeting has been described as a one-of-a-kind event, unrivaled in the world of business. Every year, approximately 4,000 of the world's top producers gather in a spirit of camaraderie for one of the greatest gatherings of financial serv ces professionals in the world.

Annual Meeting attendees are exposed to some of the finest and most innovative sales ideas in the life insurance-based, financial serv ces business. The meeting offers about 100 speakers during its motivational Main Platform presentat ons, educational Focus Sessions and insightful breakfast and evening sessions. And, perhaps most importantly, members can network with other top financial serv ces professionals from around the world, building friendships that last a lifetime.

### Top of the Table Annual Meeting

The purpose of the Top of the Table Annual Meeting is to provide an annual educational meeting for the exchange of advanced sales deas and for the development of interpersonal relationships among leading financial producers who are Top of the Table members. During the four-day meeting, about 40 professional, nonmember and Top of the Table member speakers discuss subjects of vital concern to those in the life insurance and financial serv ces industry.

### MDRT Experience

The purpose of this event is to bring MDRT's Annual Meeting experience to producers in other countries. This event, modeled after MDRT's prestigious Annual Meeting, delivers cutting-edge sales techn ques and deas, technical information and motivat onal concepts for those in the life insurance and financial serv ces business. The MDRT Experience is open to both MDRT members and nonmembers.

### MDRT Foundation

The MDRT Foundation is the philanthropic arm of MDRT. Since its formation in 1959, the MDRT Foundation has granted more than USD 26 million to char table organizat ons serving people in 67 countries and all 50 U.S. states.

The MDRT Foundation awards grants to charitable organizations that are empowering people in need in MDRT member communities worldwide. The grants given by the MDRT Foundation are distributed to organizat ons in which members have a vested interest. Grant recipients have e ther been endorsed by an MDRT member or receive money in honor of a member's volunteerism.

INTERNATIONAL SISTER SITES    COMPANY SECTION    ASSOCIATION SECTION    MEDIA ROOM    SITE MAP    CONTACT US    DISCLAIMER



Google Custom Search    Search

Quick Links

**FUTURE STUDENTS > LEARN MORE**

**MY WASHBURN**

Current students and faculty/staff, use your MyWashburn ID to login to your personalized account.

**EVENTS FOR TUESDAY, FEBRUARY 22, 2011**

Artists in residence on campus
6:30 a.m. National Recreationa...
9:30 a.m. CPR/AED/first aid ce...
10 a.m. Mulvane Art Museum exh...
7 p.m. Movie, "Feast of all Sa...
**More events…**

Directory & Information   Emergency Contacts   Site Map   Contact WU   Important Policies   Accessibility

1700 SW College Ave, Topeka, Kansas 66621 (785) 670-1010

SigEp | Washburn University - Home

| Home | News | Calendar | Contact Us | FAQ's | Links | | search... |
|------|------|----------|-----------|-------|-------|--|----------|



**MAIN MENU**

- Home
- Join SigEp
- Parents
- About SigEp
- Alumni

**Subscribe to our feed**

**UPCOMING EVENTS**

Friday, April 29 -
**Hawkins Weekend**

Friday, April 29 - 12:00 PM
**Golf Tournament**

Friday, April 29 - 1:00 PM
**Inaugural Skeet Shoot**

Friday, April 29 - 7:00 PM
**Night on the Town**

Saturday, April 30 - 10:00 AM
**Softball Tournament**

Saturday, April 30 - 12:00 PM
**Family Picnic Lunch**

**NEWS HEADLINES**

- **Heartland Visioning wants to hear from Washburn students Wednesday**
- **Biology and chemistry students present research at state meeting**
- **Hayden High and McPherson High teams to compete on Quest TV show**
- **National Recreational Sport and Fitness Day to be observed on campus**
- **Two-day artists in residence event set Feb. 22-23 by music department**
- **Journal wins national writing award**
- **SigEp Soldier Killed in Iraq**
- **SigEp Foundation awards scholarship to**

**WELCOME TO SIGEP**

### Summer 2009 Kansas Deltan Released

The summer 2009 issue of the award winning Kansas Deltan has been mailed to alumni. A copy is available online...

**More...**

« 01 02 03 **04** » Pause

Home

### Welcome to Sigma Phi Epsilon

Since its founding at Washburn University in 1951, Sigma Phi Epsilon has been Building Balanced Leaders for the World's Communities. Men who join SigEp get higher GPAs and graduate sooner than the average Washburn student. SigEp is a leading student organization on Washburn's campus and espouses the ideals of the Balanced Man: Sound Mind and Sound Body. Members of Sigma Phi Epsilon recognize that a well rounded college experience involves more than time spent in the classroom. SigEps are active on campus, compete in intramurals and top in academics. Sigma Phi Epsilon is consistently, year after year, considered the best fraternity at Washburn.

**POLLS**

**What year are you in school?**

- ● High School Freshman
- ○ High School Sophomore
- ○ High School Junior
- ○ High School Senior
- ○ College Freshman
- ○ College Sophomore
- ○ College Junior
- ○ College Senior
- ○ Alumni

| Vote | Results |
|------|---------|

http://www.ksdelta.org/[2/22/2011 2:51:51 PM]

- **National Spelling Bee winner**
- **SigEp to Sponsor Annual Spelling Bee**
- **Cyclist Pays Tribute to a Deceased Brother**

© 2011 Sigma Phi Epsilon, Kanas Delta Chapter, Incorporated.
2001 SW MacVicar Ave, Topeka, KS 66604 | 785-354-9116 | webmaster@ksdelta.org
www.ksdelta.org

December 21, 2010

Re: Your Letter dated December 14, 2010 With Respect to Mr. Anil Vazirani

Dear Mr. Parrish,

Thank you for responding to my letter of November 11, 2010 and the subsequent meeting with you on November 18, 2010, regarding Mr. Anil Vazirani's complaint of discriminatory treatment by Aviva's affiliates.

Again, let me point out that the entire basis of Mr. Vazirani's complaint is on discriminatory treatment. Mr. Vazirani is a minority immigrant and felt that he was dismissed because of who he is. It is clear from the e-mails that were disseminated within the company, with reference to Mr. Vazirani, that a scheme was being put in place to terminate his contract with Aviva. There is no clearer message than this blatant scheme, evidenced by these e-mails, that Mr. Vazirani's contract had to be terminated at any cost – a cost that he states was shared by the consumers who were left without the trust, advising, and professionalism they came to expect from Mr. Vazirani. Mr. Vazirani was a top performer with Aviva, with several testimonials and awards to that effect.

In your letter dated December 14, 2010, you state that "Aviva does not discriminate against any member of a racial or ethnic minority and that it remains fully committed to promoting racial equality." However, the company has not made any attempt to demonstrate a good faith effort in this regard. Instead, the evidence shows a concerted effort to discredit Mr. Vazirani and make a mockery of his professionalism. This is despite Mr. Vazirani's at will contract with Aviva. Mr. Vazirani feels and the NAACP concurs that these derogatory communication in reference to Mr. Vazirani has grossly damaged his reputation and concurrently harmed his clients by planting seeds of distrust of Mr. Vazirani.

If Aviva is truly committed to promoting racial equality and is willing to demonstrate it, I urge Aviva to honor Mr. Vazirani's request to restore his contract. This is what Mr. Vazirani feels will restore his reputation in the industry in which he operates and I strongly support this request. Of course, Mr. Vazirani has incurred a sizeable debt in his attempt to get Aviva to understand that such treatment would not go unchallenged. This must be taken into consideration as well – I am confident an amicable agreement can be reached on both sides.

Again, please act in good faith and show that Aviva is a company that does not discriminate against any member of a racial or ethnic minority by re-instating Mr. Vazirani's contract. Additionally, the NAACP requests that if racial diversity training among Aviva's affiliates has never been conducted that such training be instituted. If such training has been done, then

Adobe - Install Adobe Flash Player



**Products**  **Solutions**  **Learning**  **Help**  **Downloads**  **Company**  **Store**

Search

My support     My shipments     🛒 My cart     **Sign in** ⓘ

Home  / Downloads  / Adobe Flash Player  /

# Adobe Flash Player

## Adobe Flash Player 10.2.152.26 (2.70 MB)

Your system: Windows, English
**Different operating system or browser?**

**Learn more**  |  **System requirements**  |  **Distribute Flash Player**

⬇ **Download now**

**You may have to temporarily disable your antivirus software.**
By clicking the Download Now button, you acknowledge you have read and agree to the **Software Licensing Agreement**.
Adobe may use the Adobe Download Manager to seamlessly install your software.

---

Additional Resources:   Digital Picture Editor    Video Production Editing    Multimedia Software

 Choose your region     **Careers**   **Permissions and trademarks**   **EULAs**   **Report piracy**   **Contact Adobe**   **Security**

Copyright © 2011 Adobe Systems Incorporated. All rights reserved.
Use of this website signifies your agreement to the **Terms of Use** and **Online Privacy Policy** *(updated 07-14-2009).*





**For Immediate Release**
**Contact: Cara Smith**
**312-814-3118**
**877-844-5461 (TTY)**
csmith@atg.state.il.us
**August 28, 2006**

### MADIGAN SUES COMPANIES FOR USING DECEPTIVE MAILERS TO GENERATE LEADS FOR ANNUITY SALES TO SENIOR CITIZENS

Chicago - Attorney General Lisa Madigan announced her office filed two lawsuits against companies that allegedly used deceptive, unsolicited mailers to target senior citizens. The companies used the mailers to obtain personal financial information to develop sales leads for insurance agents to sell annuities and other insurance products.

According to Madigan's complaint, seniors who respond to these mailings are not told their personal financial information may be used as leads for insurance agents, telemarketers, or others who may later try to persuade them to buy annuities and other insurance products.

The first of Madigan's lawsuits, filed Friday, August 25, in Sangamon County Circuit Court against Investors Union, LLC d/b/a Annuity Service Center, its Managing Director, Peter Bonnell, and President of Marketing, Linda Bakalis, targets allegedly deceptive postcards the defendants mailed to Illinois senior citizens. Investors Union, LLC is an Ohio company that creates, mails and processes direct mail postcards to consumers between the ages of 55 and 84 to obtain "qualified" appointments for independent insurance agents. Investors Union markets these leads to independent insurance agents.

The postcard Investors Union sends to consumers states "Dear Annuity Holder: This notice is to inform you that you may have an annuity that has reached the end of its surrender period. Please contact Bob Walker in the annuity service center to discuss your options.

800-560-9448." Madigan's complaint alleges Investors Union has no way of knowing whether consumers have an annuity or whether such an annuity has reached the end of its surrender period.

Madigan's complaint further alleges that when consumers call the number on the postcard, Investors Union call center agents determine if the consumer is "qualified," or has the amount and type of assets required to schedule an appointment with an independent insurance agent. If the call center agents find a consumer to be "qualified," they allegedly offer the consumer a free review of existing annuities and other investments. In her complaint, Madigan alleges that while Investors Union describes the offer to consumers as a free review, it is really offering a sales presentation for annuities and other insurance products by an independent insurance agent.

From:       "Jordan Canfield" <Jordan.Canfield@e2k7.avivausa.com>
To:         "Justin Jacquinot" <Justin.Jacquinot@e2k7.avivausa.com>; "Mark Heitz" <Mark.Heitz@e2k7.avivausa.com>
Cc:         "Lance Sparks" <Lance.Sparks@e2k7.avivausa.com>
Sent:       Thursday, August 21, 2008 11:40 AM
Subject:    Re:

I didn't commit to anything...just putting that out there.

Let's see where Bill C goes with it.

JC

----- Original Message -----
From: Justin Jacquinot
To: Jordan Canfield; Mark Heitz
Cc: Lance Sparks
Sent: Thu Aug 21 11:38:42 2008
Subject: RE:

Anil has issued $27.8 million ytd, and in the past 4 months alone he's issued $20.8 million so he's really been ramping it up.  However if we need look at canceling him to help save FIG I'm cool with it.

-----Original Message-----
From: Jordan Canfield
Sent: Thursday, August 21, 2008 11:25 AM
To: Mark Heitz; Justin Jacquinot
Cc: Lance Sparks
Subject:

FIG will not be canceled with Annexus.  Still not totally out of the woods, there will be a call on Monday with Bill Cain and Phil.

Just got off with Shurts and Don and tried to get them on track.  Apparently, Bo had a note that said the Nail deal was OK.  Not sure that this was real but at least it is the excuse right now.

We may need to cancel Anil across the board which Bill Cain seemed to be ok with.  I have never been real comfortable with Anil as you know.

Good news...JJ was about to be crying!

Jordan

03/15/2010

H0001323
Vazirani v. Heitz

| From: | Jordan Canfield <Jordan.Canfield@e2k7.avivausa.com> |
|---|---|
| Sent: | Monday, October 27, 2008 8:50 AM |
| To: | Toby Leonard <Toby.Leonard@e2k7.avivausa.com> |
| Cc: | Justin Jacquinot <Justin.Jacquinot@e2k7.avivausa.com> |
| Subject: | Re: comm release for AIL |

Fellas,

Let's get a plan in place to cancel Anil. Need to start with FIG phone call.



H0015154
Vazirani v. Heitz

# EXHIBIT C

# AVIVA Uncovered

### The Sad Truth About Aviva's Business Practices

🔍 Search

- INTRO FROM ANIL
- ANIL'S CASE
- THE ILLINOIS COMPLAINT AGAINST MARK HEITZ
- AVIVA'S CLASS ACTION SETTLEMENT
- NEWSROOM
- TELL US YOUR STORY ABOUT AVIVA



Why I'm Warning People About Aviva

# Anil's Background

Updated Monday, Dec 20th, 2010

I'm Anil Vazirani and by any measure I'm one of the most successful financial advisers in America. I'm a "Top of the Table" member in the prestigious Million Dollar Round Table, I was a 2004 Hall of Fame Inductee into the Society of Senior Market Professionals, and I have been featured and interviewed in leading industry publications. I've been a member of the National Association of Insurance and Financial Advisors for nearly two decades.

I've launched this website to warn about the business practices of some of Aviva's top U.S. executives. I've sued Mark Heitz, an executive vice president in charge of the company's U.S. sales and distr bution, and his former deputy Jordan Canfield, accusing them of conspiring to destroy my lucrative book of business so they could steer it to a major competitor that is owned by some of their fellow fraternity brothers from Washburn University.

I appreciate that it's hard to believe that a subsidiary of one of the world's largest insurance companies would seek to destroy the business of one of its biggest producers, but once you learn a little more about me and become aware of some of Aviva's questionable business activities, the credibility of my allegations will become readily apparent.

I've ruffled quite a few feathers in the industry seeking to correct activities that also are very much a concern of the SEC. Insurance sales people are strictly prohibited from dispensing investment advice unless, l ke me, they have the necessary certification. Yet the practice is fairly widespread. I've reported to Aviva several instances of insurance sales people giving investment advice without an investment license and that has made me quite unpopular in the industry. Indeed, I obtained through litigation an email from Michael Tripses, a senior executive at Aviva's marketing arm, saying I should be "terminated." Tripses is also the chairman of the NAFA, an influential insurance industry trade group. We are in the process of writing to NAFA to investigate this matter further.

I also believe that I am a victim of racism. I am an immigrant from Bombay, India and I'm not a part of the "old boys' club" network. Virtually all the people who have greatly benefited from the damage Aviva has caused my business are graduates from Washburn University and were members of the college fraternity Sigma Pi Epsilon. The NAACP has advised me it is looking into my allegations. Ironically, one of Sigma Pi's "Cardinal Principals" is "Brotherly Love."

Aviva Exposed

# AVIVA Uncovered  The Sad Truth About Aviva's Business Practices

Search

INTRO FROM ANIL

ANIL'S CASE

ANIL'S LEGAL FILINGS &
SUPPORTING EMAILS

THE WASHBURN
UNIVERSITY/SIGMA PI EPSILON
CONNECTION

THE ILLINOIS COMPLAINT
AGAINST MARK HEITZ

AVIVA'S CLASS ACTION
SETTLEMENT

NEWSROOM

TELL US YOUR STORY ABOUT
AVIVA

## Anil's Case Against Aviva

Updated Monday, Dec 20th, 2010

For many years Aviva's products were among those I used to build diversified portfolios for my clients. Admittedly, it was a mutually beneficial relationship.  I underwrote Aviva's products and was one of the company's biggest producers. But then something inexplicably happened.

On November 6, 2008, Aviva executive Jordan Canfield notified me that the company would cease doing business with me.  Canfield first said it was due to concern about my "business practices" but in subsequence correspondence Aviva said they weren't required to give me an explanation.  Disparaging me for my business practices is a very slippery slope – there has never been a regulatory fine or judgment leveled against me.  A tape of my conversation with Canfield can be found Here.[

I was incredulous that the world's fifth largest insurance company would terminate one of its biggest producers without an explanation.  I retained lawyers to look into the matter and through litigation obtained some rather disturbing e-mail correspondence. We allege that those e-mails demonstrate that the real reason Aviva terminated me was because Mark Heitz, Aviva's executive vice president in charge of the company's U.S. sales and distribution, and his deputy Canfield, wanted to hurt my fast growing, minority-owned business and to help Advisors Excel, a Topeka, KS insurance sales and marketing company owned by their Sigma Pi Epsilon fraternity brothers.

**AVIVA** Uncovered The Sad Truth About Aviva's Business Practices

Search

INTRO FROM ANIL

ANIL'S CASE

THE ILLINOIS COMPLAINT
AGAINST MARK HEITZ

AVIVA'S CLASS ACTION
SETTLEMENT

NEWSROOM

TELL US YOUR STORY ABOUT
AVIVA

# The Illinois Complaint
# Against Mark Heitz

Updated Monday, Dec 20th, 2010

Mark Heitz is the former President and CEO of American Investors Life and Director of Senior Benefit Services (Aviva acquired American Investors in 2006).

Here is a link to a news release issued by the Illinois Attorney General announcing the complaint the agency filed against American Investors and Heitz alleging deceptive marketing practices.

The complaint can be found here.

Aviva's Class Action Settlement | Aviva Exposed

# AVIVA Uncovered — The Sad Truth About Aviva's Business Practices

🔍 Search

- **INTRO FROM ANIL**
- **ANIL'S CASE**
- **THE ILLINOIS COMPLAINT AGAINST MARK HEITZ**
- **AVIVA'S CLASS ACTION SETTLEMENT**
- COMPLAINT IMPLICATING AVIVA IN A PONZI SCHEME
- **NEWSROOM**
- **TELL US YOUR STORY ABOUT AVIVA**

## Aviva's Class Action Settlement

Updated Monday, Dec 20th, 2010

Here is the class action complaint filed against Aviva for deceptively marketing to elders

**AVIVA** Uncovered  The Sad Truth About Aviva's Business Practices

Search

INTRO FROM ANIL

ANIL'S CASE

THE ILLINOIS COMPLAINT
AGAINST MARK HEITZ

AVIVA'S CLASS ACTION
SETTLEMENT

NEWSROOM

TELL US YOUR STORY ABOUT
AVIVA

# Newsroom

Updated Monday, Dec 20th, 2010

News releases and related stories will go here.

Tell us your story about Aviva | Aviva Exposed

# AVIVA Uncovered

## The Sad Truth About Aviva's Business Practices

🔍 Search

- INTRO FROM ANIL
- ANIL'S CASE
- THE ILLINOIS COMPLAINT AGAINST MARK HEITZ
- AVIVA'S CLASS ACTION SETTLEMENT
- NEWSROOM
- TELL US YOUR STORY ABOUT AVIVA

# Tell us your story about Aviva

Updated Monday, Nov 8th, 2010

Your Name (required)

Your Email (required)

Subject

Your Message

Send

# AVIVA Uncovered  The Sad Truth About Aviva's Business Practices

Search

**INTRO FROM ANIL**

**ANIL'S CASE**

**ANIL'S LEGAL FILINGS & SUPPORTING EMAILS**

**THE WASHBURN UNIVERSITY/SIGMA PI EPSILON CONNECTION**

**THE ILLINOIS COMPLAINT AGAINST MARK HEITZ**

**AVIVA'S CLASS ACTION SETTLEMENT**

**NEWSROOM**

**TELL US YOUR STORY ABOUT AVIVA**

## Anil's Legal Filings & Supporting Emails

Updated Monday, Dec 20th, 2010

My various complaints against Heitz, Canfield, Advisors Excel can be found here, here, here, and here.

Here are some of the emails that were obtained during discovery that show the ongoing dialogue and disparagement of me by persons named in the litigation.

AVIVA Uncovered    The Sad Truth About Aviva's Business Practices

Search

- INTRO FROM ANIL
- ANIL'S CASE
- ANIL'S LEGAL FILINGS & SUPPORTING EMAILS
- THE WASHBURN UNIVERSITY/SIGMA PI EPSILON CONNECTION
- THE ILLINOIS COMPLAINT AGAINST MARK HEITZ
- AVIVA'S CLASS ACTION SETTLEMENT
- NEWSROOM
- TELL US YOUR STORY ABOUT AVIVA

# The Washburn University/Sigma Pi Epsilon Connection

Updated Monday, Dec 20th, 2010

Advisor Excel's strong bonds to Heitz and Canfield are irrefutable: The Company's founders – David Callanan, Cody Foster, and Derek Thompson – belonged to the Washburn University Chapter of Sigma Pi Epsilon, as did Heitz. Canfield was a former a former all-conference point guard on Washburn's basketball team and later served as the school's athletics director for development.  He has since left Aviva and now runs a business out of Advisor Excel's Topeka office, which incidentally was located next to Aviva's headquarters when the company was based in Kansas.

Also figuring prominently in my litigation is Ronald Shurts, who oversees a Scottsdale, AZ company that exclusively sells Aviva products.  Mr. Shurts' company is in a building literally a stone's throw away from mine.

**AVIVA** Uncovered  The Sad Truth About Aviva's Business Practices

Search

INTRO FROM ANIL

ANIL'S CASE

THE ILLINOIS COMPLAINT
AGAINST MARK HEITZ

AVIVA'S CLASS ACTION
SETTLEMENT

COMPLAINT IMPLICATING AVIVA
IN A PONZI SCHEME

NEWSROOM

TELL US YOUR STORY ABOUT
AVIVA

# Complaint Implicating
# Aviva in a Ponzi Scheme   Updated Monday, Dec 20th, 2010

Here is one of the complaints filed by Attorneys Against Abuse of Elders implicating Aviva in a Ponzi scheme perpetuated by Lawrence (Larry) Loomis.  Some of the deceptive marketing practices alleged in the complaint are similar to those cited by the Illinois Attorney General and a class action lawsuit.

Here is a link to an FBI report that also connects Aviva to the Ponzi scheme.

# MDRT
## The Premier Association of Financial Professionals ®

HOME    MDRT FAQ's    [SEARCH]    [LOG OUT]

INCREASE TEXT    A+    -A

**ABOUT MDRT** | **MEMBERSHIP** | **MEETINGS** | **MDRT FOUNDATION** | **MDRTV** | **MDRT STORE** | **TOT** | **MEMBERS ONLY**

## About MDRT

About MDRT

Home > About Us    Print This Page    Email This Page

### About MDRT

The Million Dollar Round Table (MDRT), The Premier Association of Financial Professionals, is an internat onal, independent association of more than 31,500 members, or less than 1 percent, of the world's life insurance and financial services professionals from 464 companies in more than 80 nations and terr tories. MDRT members demonstrate exceptional professional knowledge, strict ethical conduct and outstanding client serv ce. MDRT membership is recognized internationally as the standard of sales excellence in the life insurance and financial services business.

### Mission

To be a valued, member-driven, international network of leading insurance and investment financial services professionals/advisors who serve their clients by exemplary performance and the highest standards of ethics, knowledge, service and productivity.

### History

In 1927, 32 extraordinary life insurance producers, each of whom had sold at least $1 million of life insurance, dreamed of a forum dedicated to fostering a high-standard, professional approach to life insurance sales and service. Founded on the belief that growth is a result of exchanging ideas, the concept was: "To receive, individuals must give."

Out of this dream emerged MDRT – an internat onal, independent association that represents the world's best sales professionals in the life insurance-based, financial services industry.

MDRT, a pos tive influence in the life insurance industry, has developed a r ch trad t on of sharing knowledge for the benefit of clients, prospects, producers and companies.

### Code of Ethics

MDRT members should be ever mindful that complete compliance with and observance of the Code of Ethics of the Million Dollar Round Table shall serve to promote the highest quality standards of membership. These standards will be beneficial to the public, and the insurance and financial services profess on.

### Strategic Plan

MDRT has a strategic plan that it follows when developing new programs and benefits for its members. The strategic plan contains nine goals and objectives to guide the organization in helping its members better serve their clients and learn from one another.

### Executive Committee

MDRT is governed and managed by a five-member Executive Committee duly elected each year by the MDRT membership.

### Court of the Table and Top of the Table

Court of the Table and Top of the Table serve as add t onal incentives for members to increase their levels of production. Court of the Table members must earn three times the MDRT base production requirement, and Top of the Table members must earn six times the base production requirement. Both Court of the Table and Top of the Table members can take advantage of additional member benefits provided exclusively to them.

### Annual Meeting

The MDRT Annual Meeting has been described as a one-of-a-kind event, unrivaled in the world of business. Every year, approximately 4,000 of the world's top producers gather in a spirit of camaraderie for one of the greatest gatherings of financial serv ces professionals in the world.

Annual Meeting attendees are exposed to some of the finest and most innovative sales ideas in the life insurance-based, financial serv ces business. The meeting offers about 100 speakers during its motivational Main Platform presentat ons, educational Focus Sessions and insightful breakfast and evening sessions. And, perhaps most importantly, members can network with other top financial serv ces professionals from around the world, building friendships that last a lifetime.

### Top of the Table Annual Meeting

The purpose of the Top of the Table Annual Meeting is to provide an annual educational meeting for the exchange of advanced sales deas and for the development of interpersonal relationships among leading financial producers who are Top of the Table members. During the four-day meeting, about 40 professional, nonmember and Top of the Table member speakers discuss subjects of vital concern to those in the life insurance and financial serv ces industry.

### MDRT Experience

The purpose of this event is to bring MDRT's Annual Meeting experience to producers in other countries. This event, modeled after MDRT's prestigious Annual Meeting, delivers cutting-edge sales techn ques and deas, technical information and motivat onal concepts for those in the life insurance and financial serv ces business. The MDRT Experience is open to both MDRT members and nonmembers.

### MDRT Foundation

The MDRT Foundation is the philanthropic arm of MDRT. Since its formation in 1959, the MDRT Foundation has granted more than USD 26 million to char table organizat ons serving people in 67 countries and all 50 U.S. states.

The MDRT Foundation awards grants to charitable organizations that are empowering people in need in MDRT member communities worldwide. The grants given by the MDRT Foundation are distributed to organizat ons in which members have a vested interest. Grant recipients have e ther been endorsed by an MDRT member or receive money in honor of a member's volunteerism.

About Us - Million Dollar Round Table

Million Dollar Round Table, 325 West Touhy Avenue, Park Ridge, IL 60068-4265 USA



SigEp | Washburn University

| Home | News | Calendar | Contact Us | FAQ's | Links | | search... |



**SigEp Washburn**

**MAIN MENU**

- Home
- Join SigEp
- Parents
- About SigEp
- Alumni

**Subscribe to our feed**

**UPCOMING EVENTS**

Friday, April 29 -
**Hawkins Weekend**

Friday, April 29 - 12:00 PM
**Golf Tournament**

Friday, April 29 - 1:00 PM
**Inaugural Skeet Shoot**

Friday, April 29 - 7:00 PM
**Night on the Town**

Saturday, April 30 - 10:00 AM
**Softball Tournament**

Saturday, April 30 - 12:00 PM
**Family Picnic Lunch**

**NEWS HEADLINES**

- **Black History Month events at Washburn University**
- **Financial aid process assistance available at College Goal Sunday Feb. 13**
- **Students from Japan to visit for three weeks**
- **Theatre department to stage drama**
- **Eric Alva: The End of 'Don't Ask, Don't Tell'**
- **Journal wins national writing award**
- **SigEp Soldier Killed in Iraq**
- **SigEp Foundation awards scholarship to National Spelling Bee winner**
- **SigEp to Sponsor Annual Spelling Bee**
- **Cyclist Pays Tribute to a Deceased Brother**

**WELCOME TO SIGEP**

**KANSAS DELTAN**

A PUBLICATION OF KANSAS DELTA CHAPTER OF SIGMA PHI EPSILON AT WASHBURN UNIVERSITY

SUMMER 2009

**INSIDE:**
SIGEP WINS INTRAMURAL CHAMPIONSHIP

**Kansas Delta Chapter Has Move to Chapter House on MacVicar Avenue**

*SigEp Leased Former Kappa Alpha Theta House*

**Summer 2009 Kansas Deltan Released**

The summer 2009 issue of the award winning Kansas Deltan has been mailed to alumni. A copy is available online...

**More...**

«   01   02   03   04   »   Pause

Home

### Welcome to Sigma Phi Epsilon

Since its founding at Washburn University in 1951, Sigma Phi Epsilon has been Building Balanced Leaders for the World's Communities. Men who join SigEp get higher GPAs and graduate sooner than the average Washburn student. SigEp is a leading student organization on Washburn's campus and espouses the ideals of the Balanced Man: Sound Mind and Sound Body. Members of Sigma Phi Epsilon recognize that a well rounded college experience involves more than time spent in the classroom. SigEps are active on campus, compete in intramurals and top in academics. Sigma Phi Epsilon is consistently, year after year, considered the best fraternity at Washburn.

**POLLS**

**What year are you in school?**

- ○ High School Freshman
- ○ High School Sophomore
- ○ High School Junior
- ○ High School Senior
- ○ College Freshman
- ○ College Sophomore
- ○ College Junior
- ○ College Senior
- ○ Alumni

Vote   Results

© 2011 Sigma Phi Epsilon, Kansas Delta Chapter, Incorporated
2001 SW MacVicar Ave, Topeka, KS 66604 | 785-354-9116 | webmaster@ksdelta.org
www.ksdelta.org



**For Immediate Release**
**Contact: Cara Smith**
**312-814-3118**
**877-844-5461 (TTY)**
**csmith@atg.state.il.us**
**August 28, 2006**

## MADIGAN SUES COMPANIES FOR USING DECEPTIVE MAILERS TO GENERATE LEADS FOR ANNUITY SALES TO SENIOR CITIZENS

Chicago - Attorney General Lisa Madigan announced her office filed two lawsuits against companies that allegedly used deceptive, unsolicited mailers to target senior citizens. The companies used the mailers to obtain personal financial information to develop sales leads for insurance agents to sell annuities and other insurance products.

According to Madigan's complaint, seniors who respond to these mailings are not told their personal financial information may be used as leads for insurance agents, telemarketers, or others who may later try to persuade them to buy annuities and other insurance products.

The first of Madigan's lawsuits, filed Friday, August 25, in Sangamon County Circuit Court against Investors Union, LLC d/b/a Annuity Service Center, its Managing Director, Peter Bonnell, and President of Marketing, Linda Bakalis, targets allegedly deceptive postcards the defendants mailed to Illinois senior citizens. Investors Union, LLC is an Ohio company that creates, mails and processes direct mail postcards to consumers between the ages of 55 and 84 to obtain "qualified" appointments for independent insurance agents. Investors Union markets these leads to independent insurance agents.

The postcard Investors Union sends to consumers states "Dear Annuity Holder: This notice is to inform you that you may have an annuity that has reached the end of its surrender period. Please contact Bob Walker in the annuity service center to discuss your options.

800-560-9448." Madigan's complaint alleges Investors Union has no way of knowing whether consumers have an annuity or whether such an annuity has reached the end of its surrender period.

Madigan's complaint further alleges that when consumers call the number on the postcard, Investors Union call center agents determine if the consumer is "qualified," or has the amount and type of assets required to schedule an appointment with an independent insurance agent. If the call center agents find a consumer to be "qualified," they allegedly offer the consumer a free review of existing annuities and other investments. In her complaint, Madigan alleges that while Investors Union describes the offer to consumers as a free review, it is really offering a sales presentation for annuities and other insurance products by an independent insurance agent.

Madigan's second lawsuit, also filed Friday in Sangamon County Circuit Court, is directed at similar alleged deceptive practices by Kansas companies Senior Benefit Services of Kansas, Inc. and American Investors Life Insurance Co., and Mark Heitz, President and CEO of American Investors Life and Director of Senior Benefit Services.

Madigan's complaint alleges that Senior Benefit Services sent numerous unsolicited mailers to senior citizens. The mailers purport to help educate the recipients about the probate process, elder law, and Medicare. Madigan's complaint alleges that announcements such as "Important Probate Information," "Important Elder Law Update," and "Change in Your Medicare Benefits" are crafted as attention getters, prompting seniors to quickly complete, sign and return an attached reply card. These mailers do not disclose where the mailers are from, or to whom the reply card is being sent. In the complaint, Madigan alleges that the reply cards are processed by Senior Benefit Services Marketing Support Group call center located in Ft. Worth, Texas.

According to the complaint, seniors who send in the reply cards are contacted by Senior Benefit Services call center agents who determine if they are "qualified prospects." A "qualified prospect" is someone between the ages of 55 and 85 with a certain amount and type of assets. If the consumer is determined to be a "qualified prospect," the complaint alleges, the call center agent schedules an appointment in the senior's home with an insurance agent who has a commission agreement with Senior Benefit Services.

According to the allegations in Madigan's complaint, hundreds of Illinois seniors have scheduled appointments as a result of these methods. At least one consumer believed the appointment was with an estate planner from a government sponsored senior advocacy program. The appointment was in fact with an insurance agent who persuaded the senior citizen to use $170,000 from an IRA, representing nearly all of the senior's liquid assets, to purchase a deferred equity indexed annuity with significant surrender charges issued by American Investors Life Insurance Co.

Madigan's complaint alleges the defendants fail to disclose that the direct mail advertisement sent to consumers is in fact a lead generating device for defendants and their insurance agents, and that the true purpose of the appointment is an annuity sales presentation conducted by an insurance agent.

"Seniors should be wary of unsolicited offers of free advice, especially if they are asked to divulge personal financial information, such as listing their income and assets," Madigan warned.

Furthermore, Madigan urges seniors to do their homework before purchasing an annuity. "Annuities are investments, and it's important to investigate before investing. It's particularly important for seniors to examine not only the features of the proposed investment, but also his or her financial, health and personal situation and goals to determine whether the proposed investment is suitable," Madigan said.

To assist seniors in deciding whether to invest in an annuity and, if so, what type of annuity, the Illinois Department of Financial and Professional Regulation, Division of Insurance offers the following advice:

### HOW DO I KNOW IF AN EQUITY-INDEXED ANNUITY IS RIGHT

**FOR ME?**

The questions listed below may help you decide which type of annuity, if any, meets your retirement planning and financial needs. You should consider what your goals are for the money you may put into the annuity. You need to think about how much risk you're willing to take with the money. Ask yourself:

- How long can I leave my money in the annuity?

- What do I expect to use the money for in the future?

- Am I interested in a variable annuity with the potential for higher earnings that are not guaranteed and willing to risk losing the principal?

- Is a guaranteed interest rate more important to me, with little or no risk of losing the principal?

- Or, am I somewhere in between these two extremes and willing to take some risks?

The full publication from the Illinois Department of Financial and Professional Regulation, Division of Insurance, *Buyer's Guide to Equity-Indexed Annuities*, is available online at

www.idfpr.com/DOI/Life_Annuities/equityindex.asp

Also, the Illinois Securities Department of the Secretary of State's provides tips on avoiding investment fraud, called *Senior Citizens and Securities Fraud*, at

www.cyberdriveillinois.com/publications/securitiespub.html

Assistant Attorney General Rebecca Pruitt is handling the cases for Madigan's Consumer Protection Division.

Consumers who believe they may have responded to a deceptive mail solicitation may contact Attorney General Madigan's Consumer Fraud Bureau at 1-800-243-0618 to request a consumer complaint form or may obtain a complaint form online at www.illinoisattorneygeneral.gov

-30-

---

Return to August 2006 Press Releases